IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL A. FOLKERS, Plaintiff, | ) | No. C 07-2066 |
| vs. | ) | ORDER |
| CITY OF WATERLOO, et al., Defendants. | ) | |

This matter is before the court on the Magistrate Judge's Report and Recommendation, filed October 2, 2007. Adopted.

The Report and Recommendation fully characterizes this matter.

Having reviewed the Report and Recommendation, it is the court's view that the Report and Recommendation should be adopted for the reasons set forth therein.

It is therefore

ORDERED

1. The Waterloo City Council is stayed and prohibited from proceeding with an appeal hearing on this matter until the court has had an opportunity to consider plaintiff's request for a preliminary injunction.

2. This matter is further referred to the Magistrate Judge for a report and recommendation on plaintiff's request for a preliminary injunction.

October 2, 2007.

*Edward J McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT